IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA SINGLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-716-JJF |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 3 day of January, 2008, upon consideration of Defendant's motion for an enlargement of time, it is hereby ORDERED that the time in which the Defendant may respond to the Plaintiff's Brief is enlarged to January 30, 2008.

_____ J.