IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAURA SINGLETON,                  :
                                  :
       Plaintiff,             :
                                  :
v.                                : Civil Action No. 06-716-JJF
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of Social            :
Security,                         :
                                  :
       Defendant.             :

**O R D E R**

At Wilmington, this 31st day of March 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Cross-Motion For Summary Judgment (D.I. 22) is **GRANTED**.

2. Plaintiff's Motion For Summary Judgment (D.I. 18) is **DENIED**.

3. The final decision of the Commissioner dated June 7, 2006, is **AFFIRMED**.

4. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE