IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA SINGLETON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-716-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | : |
| Defendant. | : |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Michael J. Astrue and against Plaintiff Laura Singleton.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

_____
(By) Deputy Clerk